IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01982-MEH

FRED NEKOUEE,

    Plaintiff,

v.

NMMS TWIN PEAKS, LLC,

    Defendant.

---

# ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed November 11, 2020; ECF 26]. The case was dismissed with prejudice as of the entry of the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal ") (emphasis added)); No order of dismissal is necessary. The Clerk of Court shall close this case.

    Dated and entered at Denver, Colorado, this 12th day of November, 2020.

                                              BY THE COURT:

                                              */s/ Michael E. Hegarty*

                                              Michael E. Hegarty
                                              United States Magistrate Judge